

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*John T. Stinson*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
john.stinson@usdoj.gov

*main: (856) 757-5026*
*direct:(856) 757-5139*

February 24, 2026

**By ECF**
Hon. Esther Salas, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: ***Jarro-Yari v. Soto*, No. 26-cv-01090**
    **Interim Status Report on Petitioner's Return to New Jersey**
    **and Request for 24-Hour Extension to Confirm**

Dear Judge Salas:

  This Office represents Respondents in the above-referenced habeas matter, in which Petitioner challenges the legality of his immigration detention. We respectfully write in response to the Court's text order at ECF No. 12 to provide an interim report and to respectfully request an extension of 24 hours—to midnight on February 25, 2026—to provide a final confirmation of return.

  As previously stated, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations scheduled Petitioner to return by aircraft to New Jersey today. ICE informs us that Petitioner departed California Corrections Center on February 23, 2026; arrived at Arizona Removal Operations Center in Arizona today, February 24, 2026; then departed Arizona for a flight to Newark, New Jersey that was rerouted to Baltimore, Maryland because of weather conditions. ICE further informs us that Petitioner is currently detained in Baltimore, and that Enforcement and Removal Operations will travel to Baltimore tomorrow to bring him back to New Jersey. He is expected to arrive in the afternoon tomorrow, February 25, 2026. This Office will update the Court when it receives confirmation of his return and respectfully requests the additional time to report.

  Thank you very much for your consideration of this matter.

            Respectfully submitted,

            TODD BLANCHE
            U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

By: /s/ *John T. Stinson*
JOHN T. STINSON
Assistant United States Attorney
Deputy Chief, Civil Division

cc: Counsel of Record (by ECF)

**SO ORDERED.**

_____
Hon. Esther Salas, U.S.D.J.
Dated: February 25, 2026

2